## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-CR-452 (ABJ)** |
| | : | |
| **CY'JUAN HEMSLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental memorandum in support of its oral motion that the defendant be detained pending trial under 18 U.S.C. § 3142(f)(1)(E) (felony involving a firearm). Per the Courts instructions, the government is further supplementing it arguments regarding the defendant's clothing from the surveillance footage as well as how the defendant's phone number, 240-761-8739 is connected to the defendant. As already argued, the government's evidence against the defendant is overwhelming. The defendant's clothing from the burglary surveillance footage can be seen in pictures from his Instagram account and the phone number 240-761-8739 is directly connected to the defendant through his Cash App account.

**The Defendant's Identical Clothing is Seen on Instagram and the Burglary Surveillance Footage**

In **Figure 1**, the middle picture of the defendant from his Instagram shows a decal on his left arm sleeve. Surveillance stills from the burglary show the same decal on the left arm of the defendant's jacket in both **Figures 2-3**. External surveillance footage from the burglary shows red and white stripes from the defendant's sweatshirt in **Figure 4**. The same red and white stripes are visible in **Figure 1**.

1

Furthermore, the same red and white stripes are also depicted in **Figure 5** with both the defendant and

co-defendant Vincent Alston from the late evening hours of December 13, 2023.



**Figure 1**



**Figure 2a**



**Figure 2b**





**Figure 3**                    **Figure 4**



**Figure 5**

**The Defendant Phone Number 240-761-8739 is Connected to his Cash App Account**

After obtaining the defendant's cell phone number from Vincent Alston's cell phone in the red Hyundai, law enforcement entered the phone number in the Cash App application as depicted in **Figure 6**. The defendant's full name of Cyjuan Hemsley, his screen name of $juann5959 as well as his <u>picture</u> appeared as depicted in both  **Figures 6-7**.

5





**Figure 6**



**Figure 7a**



**Figure 7b**

As the government has already argued, there is no reason to believe that any condition or combination of conditions of release that would reasonably assure the safety of the community or the defendant's return to court.  The defendant was already under supervision at the time of the instant offense.  The government respectfully requests that the Court issue an Order granting its motion that the defendant be held without bond pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


Dated: April 2, 2024                    By:     */s/ Shehzad Akhtar*
                                                 Shehzad Akhtar
                                                 D.C. Bar No. 493635
                                                 Assistant United States Attorney

                                                 Ryan Lipes
                                                 NY Bar: 5404843
                                                 Special Assistant United States Attorney
                                                 United States Attorney's Office
                                                 for the District of Columbia

                                                 Federal Major Crimes Section
                                                 601 D Street NW
                                                 Washington, D.C. 20530
                                                 (202) 252-7498
                                                 Shehzad.Akhtar@usdoj.gov