UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-452 (ABJ) |
| : | |
| CY'JUAN HEMSLEY, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this second supplemental memorandum in support of its oral motion that the defendant be detained pending trial under 18 U.S.C. § 3142(f)(1)(E) (felony involving a firearm). The government is further supplementing it arguments regarding how the defendant's phone number, 240-761-8739 is connected to the defendant. As previously argued, the government has already identified the defendant's Instagram account as @chasingrxckz_. This account not only contains numerous videos of the defendant with firearms, but communications where he confirms that his phone number is 240-761-8739:

### Conversation 1

**Author** chasingrxckz_ (Instagram: 44479144019) sent to glocklittyuuppt2 (Instagram: 59186149982)
**Sent** 2023-12-01 15:55:30 UTC
**Body** +1 (240) 761-8739 Boo dis my number my phone on now

### Conversation 2

**Author** menaceofthetrenches34 (Instagram: 1623676547)
**Sent** 2023-12-17 17:19:16 UTC
**Body** Yeah what's your number brodie

**Author** chasingrxckz_ (Instagram: 44479144019)
**Sent** 2023-12-17 17:19:45 UTC
**Body** +1 (240) 761-8739

As the government has already argued, there is no reason to believe that any condition or combination of conditions of release that would reasonably assure the safety of the community or the defendant's return to court. The defendant is clearly using phone number 240-761-8739 in December 2023. The defendant was already under supervision at the time of the instant offense. The government respectfully requests that the Court issue an Order granting its motion that the defendant be held without bond pending trial.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

Dated: April 3, 2024                By:    */s/ Shehzad Akhtar*
                                              Shehzad Akhtar
                                              D.C. Bar No. 493635
                                              Assistant United States Attorney

                                              Ryan Lipes
                                              NY Bar: 5404843
                                              Special Assistant United States Attorney
                                              United States Attorney's Office
                                              for the District of Columbia

                                              Federal Major Crimes Section
                                              601 D Street NW
                                              Washington, D.C. 20530
                                              (202) 252-7498
                                              Shehzad.Akhtar@usdoj.gov